

# SEALED MATTER

CASE NUMBER    *08-50672*

DEFENDANT NO.    _____

CASE TYPE    ____ CR    ____ CV    ✓ ~~X~~ *mc*

                        ____ MW    ____ PO

DISTRICT JUDGE    THOMAS L. LUDINGTON

SIGNED BY
JUDICIAL OFFICER    *Binder*

NEW CASE    ✓ YES    ____ NO

# DOCUMENT PLACED IN VAULT
## TIME STAMP IN THIS BLANK AREA

# FILED

JUL 8 - 2008

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

REV. 02/27/04